# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Jose Corea-Cruz<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:25-mj-00046<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 25, 2025  in the county of  Multnomah  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B) | (1) Possession with Intent to Distribute 400 grams or more of a mixture and substance containing Fentanyl, a Schedule II controlled substance; and, (2) Possession with Intent to Distribute 100 grams or more of a mixture and substance containing Heroin, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Federal Officer Jarrett Miller.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Jarrett Miller, Special Federal Officer, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:45 a.m./p.m.

Date: February 27, 2025

*Judge's signature*

City and state:  Portland, Oregon            Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*